Neary v St. Mary's Sq. Condominium Assn.
2026 NY Slip Op 03525
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

BETH NEARY, PLAINTIFF-RESPONDENT,
v
ST. MARY'S SQUARE CONDOMINIUM ASSOCIATION, ET AL., DEFENDANT. ------------------------------------------------------ ST. MARY'S SQUARE CONDOMINIUM ASSOCIATION, THIRD-PARTY PLAINTIFF-RESPONDENT,
REGAN LAWNCARE AND LANDSCAPING, INC., THIRD-PARTY DEFENDANT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
198/25 CA 24-00467
Present: Lindley, J.P., Bannister, Greenwood, Nowak, And Keane, JJ.

GOMEZ LAW, LLC, BUFFALO (RAFAEL O. GOMEZ OF COUNSEL), FOR THIRD-PARTY DEFENDANT-APPELLANT.
GOLDBERG SEGALLA LLP, BUFFALO (KRIS E. LAWRENCE OF COUNSEL), FOR THIRD-PARTY PLAINTIFF-RESPONDENT.
STEVE BOYD, P.C., BUFFALO (LEAH A. COSTANZO OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

Appeal from an order of the Supreme Court, Erie County (Kelly A. Vacco, J.), entered February 6, 2024. The order denied the motion of third-party defendant for summary judgment dismissing the third-party complaint.
[*1]
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 21 and 23, 2025, and June 23, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
All concur except Keane, J., who is not participating.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court